UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HYMAN EMERSON MILLER<br>Plaintiff,<br><br>v.<br><br>RUTHERFORD COUNTY ADULT<br>DETENTION CENTER, et al.<br>Defendants | 3 08 0417<br>GENERAL DOCKET<br>No. 3:08-mc-0082<br>Judge Trauger |

ORDER

In March, 2008, the plaintiff submitted a *pro se* prisoner complaint (Docket Entry No. 1) and an application to proceed in forma pauperis (Docket Entry No. 2).

The financial information found in the application was over one year old. As a consequence, the Court was unable to assess the plaintiff's present ability to pay the filing fee. Accordingly, an order (Docket Entry No. 3) was entered directing the plaintiff to provide more current financial information within ten (10) days.

A copy of the order that was sent to the plaintiff was returned with the notation that he was no longer being confined at the Rutherford County Adult Detention Center. *See* Docket Entry No. 4. The plaintiff has failed to keep the Court informed of his current whereabouts. Moreover, he has not provided financial information from which the Court can ascertain the plaintiff's eligibility for pauper status.

Therefore, the Clerk is directed to file the complaint in forma pauperis. 28 U.S.C. § 1915(a). This action is hereby DISMISSED without prejudice for failure to comply with the instructions of the Court and for want of prosecution.

It is so ORDERED.

Aleta A. Trauger
United States District Judge